EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

August 7, 2017

Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201


Re:   Case No. 17-cv-03602
      Hamra v. J.P. Morgan Chase Bank

Dear Judge Gold:

I represent Plaintiff Subi Hamra in the above matter, which is scheduled for an initial conference on August 31, 2017 at 10:00 am. I am pleased to report that this matter has been settled.

Please issue a 60 day order to allow the parties time to circulate and execute the settlement documents.   We are also asking that the scheduled conference be cancelled.

Thank you for your consideration and attention to this matter.


Very truly yours,

Edward B. Geller
EBG/pw
cc:   Alan Schoenfeld, Esq.