UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUBI HAMRA,<br><br>                    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No. 1:17-cv-03602-LDH-SMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Subi Hamra and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase Bank, N.A., by and through their undersigned counsel, hereby stipulate that:

1. All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED:**
Dated: August 16, 2017

_____
Edward B. Geller
Edward B. Geller, Esq., P.C.
15 Landing Way
Bronx, NY 10464
Tel.: (914) 473-6783
Fax: (718) 589-7124

*Attorney for Plaintiff Subi Hamra*

_____
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA, N.A.*

2